IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wypych, Shannon M

Printed: 9/4/07

Case Number: 06 B 14318
Judge: Squires, John H
Filed: 11/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: August 29, 2007
Confirmed: January 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,266.00 |  |
| Secured: |  | 4,993.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 372.62 |
| Other Funds: |  | 0.00 |
| Totals: | 7,266.00 | 7,266.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,900.00 | 1,900.00 |
| 2. | Harris Bank | Secured | 18,715.06 | 4,993.38 |
| 3. | Resurgent Capital Services | Unsecured | 10,885.31 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 10,174.89 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 16,452.56 | 0.00 |
| 6. | First Midwest Bank | Unsecured |  | No Claim Filed |
| 7. | American Collection Corp | Unsecured |  | No Claim Filed |
| 8. | Sallie Mae | Unsecured |  | No Claim Filed |
| 9. | GEMB | Unsecured |  | No Claim Filed |
|  |  |  | $ 58,127.82 | $ 6,893.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 158.10 |
| 5.4% | 214.52 |
|  | $ 372.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wypych, Shannon M | Case Number:  06 B 14318 |
| | Judge:  Squires, John H |
| Printed:  9/4/07 | Filed:  11/3/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_